

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. 3 08 70507 BZ |
| - v. - ) | |
| ) | APPLICATION AND [PROPOSED] |
| WALTER PALMA, ) | SEALING ORDER |
| a/k/a "Kapone," ) | |
| ) | |
| Defendant. ) | |
| ) | |

Upon the motion of the United States, by United States Attorney Joseph P. Russoniello and Assistant United States Attorney W.S. Wilson Leung, of counsel, it is found that:

1. As set forth in the Affidavit of Special Agent Christopher J. Merendino, submitted in support of a criminal complaint seeking a warrant for the arrest of Walter Palma, a/k/a "Kapone," dated August 4, 2008, there is probable cause to believe that Palma has violated Title 18, United States Code, Section 922(g)(5) (illegal alien in possession of a firearm).

2. That based on the above-referenced Affidavit, this Court has issued an arrest warrant for Walter Palma.

3. That in order to ensure the safety of law enforcement officers and the public as well as to guard against the possible flight of the defendant and the destruction of evidence,

[Proposed] Sealing Order

1  knowledge of the above-referenced warrant must not be disseminated beyond this Court and law
2  enforcement officials.
3       4.      Accordingly, it is hereby ordered that the above-referenced warrant, and all related
4  documents and records, including this sealing order, are placed under seal, and that no
5  information relating to these documents be indicated on any publicly-available docket sheet or
6  calendar until further order of this Court.

8  DATED:      August 5, 2008

9                                                  Respectfully submitted,
10                                                 JOSEPH P. RUSSONIELLO

12                                          By:    _____
13                                                 W.S. Wilson Leung
                                                   Assistant United States Attorney

15  IT IS SO ORDERED.

18  DATED:      August 5, 2008              _____
19                                          HON. BERNARD ZIMMERMAN
                                            United States Magistrate Judge

[Proposed] Sealing Order