# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO


FILED
AUG 21 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

UNITED STATES OF AMERICA,

V.

## CR 08  0565  WHA

WALTER PALMA
a/k/a "Kapone,"

**E-filing**

DEFENDANT(S).

---

## INDICTMENT

18 U.S.C. § 922(g)(5) - Alien in Possession of Firearm (two counts)

---

_INDICT_
A true bill.

_____
Foreman

Filed in open court this __21__ day of _AUGUST_
_2008_

_____
Clerk

Bail, $ _No process_

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT   ☐ INFORMATION   ☑ INDICTMENT   ☐ SUPERSEDING

**OFFENSE CHARGED**

Alien in possesion of firearm (two counts)

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

E-filing

PENALTY:
Each count: 10 years' imprisonment; 3 years' SR; max fine of greatest of: $250k or 2x gain/loss; $100 SA

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)
Benjamin Horton, Immigration and Customs Enforcement

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on THIS FORM   Joseph P. Russoniello
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)   W.S. Wilson Leung

---

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

**FILED**
AUG 21 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DEFENDANT - U.S.
▶ WALTER PALMA

DISTRICT COURT NUMBER
**CR 08   0565**

**WHA**

**DEFENDANT**

IS *NOT* IN CUSTODY
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes   ☐ No   If "Yes" give date filed

DATE OF ARREST ▶   Month/Day/Year   8/11/2008

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶   Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS   ☑ NO PROCESS*   ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

```
 1  JOSEPH P. RUSSONIELLO (CABN 44332)
    United States Attorney
 2
```
JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney
JOSEPH P. RUSSONIELLO (CABN 44332)  
United States Attorney

**FILED**  
AUG 21 2008  
RICHARD W. WIEKING  
CLERK, U.S. DISTRICT COURT  
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

**WHA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. CR 08 0565 |
| | ) | |
| v. | ) | |
| | ) | VIOLATION: 18 U.S.C. § 922(g)(5) — Alien in Possession of Firearm (two counts) |
| WALTER PALMA, a/k/a "Kapone," | ) | |
| | ) | SAN FRANCISCO VENUE |
| Defendant. | ) | |

INDICTMENT

The Grand Jury charges:

COUNT ONE:     (18 U.S.C. § 922(g)(5) — Alien in Possession of Firearm)

On or about November 2, 2005, in the Northern District of California, the defendant,

WALTER PALMA, a/k/a "Kapone,"

then being an alien illegally and unlawfully in the United States, and being an alien admitted into the United States under a non-immigrant visa, did unlawfully, willfully, and knowingly possess a firearm, to wit, a 9 millimeter Smith and Wesson handgun, serial number A542405, in and

INDICTMENT

1 | affecting interstate commerce.

2 | All in violation of Title 18, United States Code, Section 922(g)(5).

3 | COUNT TWO:   (18 U.S.C. § 922(g)(5) — Alien in Possession of Firearm)

4 | On or about August 11, 2008, in the Northern District of California, the defendant,

5 | WALTER PALMA, a/k/a "Kapone,"

6 | then being an alien illegally and unlawfully in the United States, did unlawfully, willfully, and

7 | knowingly possess a firearm, to wit, a .45 caliber Springfield 1911-A1 handgun, serial number

8 | WW89775, and a .45 caliber Springfield 1911-A1 handgun, serial number N384949, in and

9 | affecting interstate commerce.

10 | All in violation of Title 18, United States Code, Section 922(g)(5).

12 | DATED:      A TRUE BILL.
13 | 8-21-08

14 | FOREPERSON

16 | JOSEPH P. RUSSONIELLO
17 | United States Attorney

19 | JAMES CHOU
20 | Chief, Organized Crime Strike Force

23 | (Approved as to form: _____)
      AUSA W.S. Wilson Leung