JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

W.S. WILSON LEUNG (CABN 190939)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6758
    FAX: (415) 436-6753

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-08-0565-WHA |
| v. | STIPULATION AND [~~PROPOSED~~] ORDER MODIFYING MOTION SCHEDULE |
| WALTER PALMA, | |
| Defendant. | |

    With the agreement of the parties, and with the consent of the defendant, the Court enters this order modifying the motion briefing schedule in the above-captioned matter. The parties agree and stipulate, and the Court finds and holds, as follows:

    1.    The defendant, Walter Palma, was charged in an Indictment on August 21, 2008 with two counts of being an alien in possession of a firearm, in violation of 18 U.S.C. § 922(g)(5). Palma appeared before Magistrate Judge Spero on August 25, 2008 for arraignment, and a conference was scheduled before Judge Alsup for September 9, 2008 at 2:00 pm.

    2.    On September 9, 2008, the parties appeared before the Court and the Court set the following motion schedule: the defense's brief to be filed on September 23, 2008, the

1  Government's response to be filed on September 30, the defendant's reply to be filed on October
2  7, 2008, and the hearing on the motion to be on October 14, 2008 at 2 pm.
3     3.  On September 23, 2008, the defendant filed three pre-trial motions: a motion to
4  dismiss Count One of the Indictment, a motion to suppress based on the validity of a federal
5  search warrant, and a motion to suppress statements. Since receiving and reviewing the motions,
6  the issues presented by the defense were more complex than originally anticipated by the
7  Government. Accordingly, the Government, with the consent of Martha Boersch, Esq., counsel
8  for the defendant, asked the Court to extend the filing date for its response by one week, until
9  October 7, 2008. The parties have also requested that the defendant be granted two weeks to
10 submit a reply to the Government's response, so that it will be due on October 21, 2008, and a
11 hearing on the motion set for October 28, 2008.
12    4.  Accordingly, with the consent of the defendant, the Court hereby vacates the
13 motion briefing schedule set at the September 9, 2008 and orders that the following schedule be
14 fixed instead:
15     a.  The Government's response to the defendant's motion shall be due on
16 October 7, 2008;
17     b.  The defendant's reply to the Government's response shall be due on
18 October 21, 2008; and
19     c.  The hearing on the motions shall be scheduled on October 28, 2008, at 2
20 pm.
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

STIPULATED:

DATED: September 26, 2008

/s/
MARTHA A. BOERSCH, ESQ.
Attorney for WALTER PALMA

DATED: September 26, 2008

/s/
W.S. WILSON LEUNG
Assistant United States Attorney

IT IS SO ORDERED.

DATED: September 30, 2008

HON. WILLIAM H. ALSUP
United States District Judge

-3-