Anthony J. Brass. (CA Bar No. 173302)
3223 Webster Street
San Francisco, California 94123
(415) 922-5462 telephone
(415)346-8987 facsimile
tony@brasslawoffice.com

Attorney for Defendant
WALTER PALMA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　Plaintiff,<br><br>vs.<br><br>WALTER PALMA<br>　　　Defendant. | Case No. CR-08-0565 WHA<br><br><br>**STIPULATION AND [Proposed]**<br><br>**Order to Continue Hearing** |

　　　The parties, by and through their respective attorneys, Wilson Leung, A.U.S.A. for the United States and Anthony J. Brass for the defendant Walter Palma, hereby stipulate to continue the hearing currently set for November 25, 2008 at 2:00 PM to December 16, 2008 at 2:00 PM..

This is agreed because there may be a need to file supplemental filings and declarations for the motions currently on calendar, as well as for effective preparation of counsel given the requirement of the exercise of due diligence.

Wherefore it is stipulated between parties that the hearing date be continued from November 25, 2008 to December 16, 2008.

SO STIPULATED:


  /s/ Anthony Brass                              November 24, 2008
Anthony J. Brass                                 Date
Attorney for Defendant Walter Palma


/s/Wilson Leung                                  November 24, 2008
Wilson Leung                                     Date
Attorney for United States of America


SO ORDERED:



_____                November 24, 2008
HONORABLE WILLIAM ALSUP                          Date
United States District Court Judge

*U.S. v. Palma*
**Stipulation and Order To Continue Hearing**