JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

W.S. WILSON LEUNG (CABN 190939)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6758
    FAX: (415) 436-6753

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-08-0565-WHA |
|        v. ) | |
| ) | STIPULATION AND [~~PROPOSED~~] |
| WALTER PALMA, ) | ORDER DOCUMENTING WAIVER |
|     Defendant. ) | |

      With the agreement of the parties, and with the consent of the defendant, the Court enters this order excluding time under Speedy Trial Act from August 25, 2008 until September 9, 2008 at 2:00 pm. The parties agree and stipulate, and the Court finds and holds, as follows:

      1.      The defendant, Walter Palma, was charged in a complaint dated August 5, 2008, with one count of being an alien in possession of a firearm, in violation of 18 U.S.C. § 922(g)(5). The defendant was arrested on August 11, 2008 and presented to the Court that day. On August 15, 2008, Martha A. Boersch, Esq., was appointed to represent Palma.

      2.      On August 21, 2008, the Grand Jury indicted Palma for two counts of violations of 18 U.S.C. § 922(g)(5). Palma appeared before Magistrate Judge Spero on August 25, 2008 for

1  arraignment, and a conference was scheduled before Judge Alsup for September 9, 2008 at 2:00
2  pm.
3      3.    In response to the request of Ms. Boersch, the Government has been producing
4  discovery to the defense.  In order to ensure the effective preparation of counsel by providing
5  time for the defense to receive and review discovery, the parties asked Magistrate Judge Spero to
6  exclude time under the Speedy Trial Act between August 25, 2008 and the coming conference
7  date of September 9, 2008, and this request was granted.
8      4.    Accordingly, with the consent of the defendant, the Court hereby confirms its
9  exclusion of the time between August 25, 2008 and September 9, 2008 from Speedy Trial Act
10 calculations for the reasons set forth above.

STIPULATED:

DATED:   September 4, 2008        /s/
                                  MARTHA A. BOERSCH, ESQ.
                                  Attorney for WALTER PALMA

DATED:   September 4, 2008        /s/
                                  W.S. WILSON LEUNG
                                  Assistant United States Attorney

IT IS SO ORDERED.

DATED:   ~~September~~ December 1 ____, 2008

                                  _____
                                  HON. JOSEPH C. SPERO
                                  United States Magistrate Judge

-2-